No. 05–6875. CHAMBERS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 05–6877. MENDEZ-NEGRON v. R & G MORTGAGE CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 05–6879. DORCH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–6886. HOTCHKISS v. HOTCHKISS ET AL. Ct. App. Wis. Certiorari denied.

No. 05–6908. SHANKLIN v. PATTONVILLE R–111 SCHOOL DISTRICT BOARD OF EDUCATION. C. A. 8th Cir. Certiorari denied.

No. 05–6915. ABODE v. GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 05–6950. MCDADE v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05–6951. O'CONNOR v. CITY OF CLEVELAND, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–6975. MOHAMED v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 05–6999. GREEN v. TRUE, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 05–7017. SIMS v. HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 05–7119. BLOOM v. MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–7158. LYONS v. RED ROOF INNS, INC. C. A. 10th Cir. Certiorari denied.

No. 05–7193. YONG WANG v. SETON HALL UNIVERSITY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 05–7211. FULLER v. CENSUS BUREAU ET AL. C. A. 8th Cir. Certiorari denied.